UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LOSSON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNION DES ASSOCIATIONS EUROPEENNES DE FOOTBALL,<br><br>        Defendant. | Case No. 3:23-cv-06500-JSC<br><br>**JUDGMENT** |

Having granted Defendant's motion to dismiss based on dismiss on forum non-conveniens grounds by Order filed July 11, 2024, the Court enters judgment in favor of Defendant and against Plaintiff without prejudice.

**IT IS SO ORDERED.**

Dated: July 11, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge